# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 NOV 19 AM 8 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R



| IN THE MATTER OF: | * | |
|---|---|---|
| | * | |
| SEALED PLEADINGS | * | MISC. NO. __97-0166__ (JAF) |
| | * | |
| | * | |

## DESCRIPTION OF MOTION

DATE FILED: 11/10/99  DOCKET: 5    TITLE: MOTION REQUESTING PLEADINGS BE UNSEALED.

[X] Government      [] Pretrial

[] Defendant(s)     [] Probation

## O-R-D-E-R

__X__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

_11/17/99_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

OM
1

